AO 442 (Rev. 11/11) Arrest Warrant
(DC 6/6-16)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID: 9302571

| UNITED STATES OF AMERICA | ) |
| V. | ) |
|  | ) Case No. 0752 1:13CR00640-001 |
| Valeriy Kouznetsov | ) |
|  | ) |

RECEIVED MAY 23 '25
U.S. MARSHAL-DC 9:00

## ARREST WARRANT

RECEIVED MAY 23 '25
U.S. MARSHAL-DC 9:00

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Valeriy Kouznetsov

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
  See attached petition

Date:  5/22/2025

_____
*Issuing Officer's Signature*

City and State:  Washington, DC

M. Chaclan, Courtroom Deputy
*Printed Name and Title*

### Return

| This warrant was received on *(date)* 5/22/25 , and the person was arrested on *(date)* 6/27/25 |
| at *(city and state)* Washington, DC . |

Date: 6/27/25

_____
*Arresting Officer's Signature*

Ryan Owens   DUSM
*Printed Name and Title*